No. —, original, EX PARTE TURNER. October 10, 1927. The motions of *Frank Turner pro se,* for leave to file a petition for a writ of *habeas corpus* in this case and to proceed *in forma pauperis* therein are both denied, with leave to the petitioner to apply to the District Judges for the Northern District of California, or to the Circuit Judges therein for hearing of such petition.

No. 165. O. E. HARLIN, NORTA HARLIN, AND THE AMERICAN INVESTMENT COMPANY *v.* MARY GAGE, COLUMBUS LE FLORE AND LORENA LE FLORE. Error to the Supreme Court of the State of Oklahoma. October 10, 1927. *Per Curiam.* Writ of error dismissed under § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936), and, treating the writ of error as an application for a writ of certiorari at the request of the parties, the application for certiorari is denied. *Messrs. Robert M. Rainey* and *Streeter B. Flynn* for petitioners. *Mr. W. B. Means* for respondents.